LAURENCE S. ZAKSON (CSB 119435),
WILLIAM Y. SHEH (CSB 221275), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: laurencez@rac-law.com;
         williams@rac-law.com
         nataliab@rac-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF SEIU-UNITED SERVICE WORKERS WEST and SAN DIEGO COUNTY EMPLOYERS TRUST FUND formerly known as S.E.I.U. LOCAL 1877 and SAN DIEGO COUNTY EMPLOYERS SECURITY TRUST FUND, in their capacity as fiduciaries for the SEIU-UNITED SERVICE WORKERS WEST and SAN DIEGO COUNTY EMPLOYERS TRUST FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRISTINE ENVIRONMENTS, INC.; KLEENHOUSE BUILDING MAINTENANCE also known as KBM BUILDING SERVICES,<br><br>    Defendants. | CASE NO.:  16-CV-3073 JLS-BLM<br><br>PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER RELATED DOCUMENTS ON DEFENDANT PRISTINE ENVIRONMENTS, INC.<br><br>DATED SERVED:   01/05/17<br>RESPONSE DUE:   01/26/17 |

/ / /

/ / /

313251.2

Laurence S. Zakson  SBN: 119435
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd  Suite 2000
Los Angeles, CA 90010
(213) 386-3860

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of Seiu-United Service Workers West etc.<br><br>v.<br><br>Pristine Environments, Inc.; et. al<br><br>Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER:<br>**16CV3073 W BLM**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):

   a. ☐ summons             ☐ first amended complaint     ☐ third party complaint
      ☒ complaint           ☐ second amended complaint    ☐ counter claim
      ☐ alias summons       ☐ third amended complaint     ☐ cross claim
      ☒ other (specify): Summons in a Civil Action; Civil Cover Sheet

2. Person served:

   a. ☒ Defendant (name:) Pristine Environments, Inc.
   b. ☒ Other (specify name and title or relationship to the party/business named):
      Lindsey Harris (Registered Agents, Inc.) - Agent for service of process
   c. ☒ Address where the papers were served: 4445 Corporation Lane, Suite 264
                                               Virginia Beach, VA 23462

3. Manner of Service in compliance with (the appropriate box must be checked):

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on (date): 01/05/2017 at (time): 12:50 pm

   b. ☐ **By Substituted Service.** By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ Papers were served on (date): at (time):

      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ papers were mailed on Jan 05, 2017 - DECLARATION OF MAILING ATTACHED

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

d. [X] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. [ ] **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   Daniel Wood
   All-N-One Legal Support, Inc.
   1545 Wilshire Blvd, Suite 715
   Los Angeles, CA 90017
   (213) 202-3990

   a. Fee for service: $ 150.71
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server
      Registration # :
      County:

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 6, 2017

**Daniel Wood**
Type or Print Server's Name

*Daniel Wood*
(Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

PAGE 2
0155837

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Laurence S. Zakson    SBN: 119435<br>Reich, Adell & Cvitan, a PLC<br>3550 Wilshire Blvd  Suite 2000 Los Angeles, CA 90010<br>TELEPHONE NO.: (213) 386-3860    FAX NO.(Optional): (213) 386-5583<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | | |
| United States District Court -- Southern District of California<br>STREET ADDRESS: 333 WEST BROADWAY, # 420<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | | |
| PLAINTIFF/PETITIONER: Trustees of Seiu-United Service Workers West etc.<br>DEFENDANT/RESPONDENT: Pristine Environments, Inc.; et. al | | CASE NUMBER:<br>16CV3073 W BLM |
| **PROOF OF SERVICE BY MAIL** | | Ref. No. or File No.:<br>SDCE0.L037 |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd, Suite 715, Los Angeles, CA 90017.

On January 5, 2017, after personal service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**complaint;Summons in a Civil Action; Civil Cover Sheet**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Pristine Environments, Inc.
> ATTENTION: Lindsey Harris (Registered Agents, Inc.) - Agent for service of process
> 4445 Corporation Lane Suite 264
> Virginia Beach, VA 23462

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: 150.71



All-N-One Legal Support, Inc.
1545 Wilshire Blvd., # 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 6, 2017**.

Signature: _____
Kendall Carter

**PROOF OF SERVICE BY MAIL**

Order#: 0155837/mailproof